IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ENRIQUE ZARAGOZA,

    Petitioner,                   No. CIV S-08-1596 DAD P

   vs.

W.J. SULLIVAN,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

        "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). Petitioner has named W.J. Sullivan as respondent but this individual is not the proper respondent in this action. Petitioner is advised that the proper respondent in the usual habeas action is the warden of the institution

1

1  where the petitioner is currently incarcerated.[1]  Accordingly, petitioner's petition must be
2  dismissed with leave to amend.  See Stanley, 21 F.3d at 360.
3         Also before the court is petitioner's motion for appointment of counsel.  There
4  currently exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius
5  v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the
6  appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule
7  8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the
8  interests of justice would be served by the appointment of counsel at the present time.
9         In accordance with the above, IT IS HEREBY ORDERED that:
10         1. Petitioner's August 27, 2008 request to proceed in forma pauperis (Doc. No.
11  10) is granted;
12         2. Petitioner's application for writ of habeas corpus is dismissed with leave to file
13  an amended petition within thirty days from the date of this order;
14         3. Any amended petition must be filed on the form employed by this court, must
15  name the proper respondent, and must state all claims and prayers for relief on the form.  It must
16  bear the case number assigned to this action and must bear the title "Amended Petition";
17         4. The Clerk of the Court is directed to send petitioner the form for habeas corpus
18  application; and
19         5. Petitioner's August 27, 2008 motion for appointment of counsel (Doc. No. 9)
20  is denied.
21  DATED: September 5, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
zara1596.122

---

[1] Fernando Gonzales is the Warden at California Correctional Institution.

2