IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ENRIQUE ZARAGOZA,**<br><br>                                    Petitioner,<br><br>         v.<br><br>**W.J. SULLIVAN, Warden,**<br><br>                                    Respondent. | CIV S-08-1596 DAD P<br><br>**ORDER** |

Respondent has filed a request for an extension of time to file a response to the amended petition for writ of habeas corpus. Upon considering Respondent's request, and good cause appearing, Respondent's request is granted. Respondent shall have an additional fourteen days, to and including December 19, 2008, to file a response to the amended petition for writ of habeas corpus.

DATED: December 9, 2008.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/zara1596.111rp