IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ENRIQUE ZARAGOZA,** | CIV S-08-1596 JAM DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **W.J. SULLIVAN, Warden,** | |
| Respondent. | |

Respondent has filed a request for an extension of time to file a reply to Petitioner's Opposition to Respondent's Motion to Dismiss. Good cause appearing, Respondent's request is granted. Respondent shall have an additional fourteen days, to and including February 10, 2009, to file a reply to Petitioner's Opposition to Respondent's Motion to Dismiss.

DATED: January 28, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/zara1596.111rep